## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Criminal No. 10-123(1) (DWF/FLN) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| Hugo Rene Rogque-Donis, | |
| Defendant. | |

Erika R. Mozangue, Assistant United States Attorney, United States Attorney's Office, counsel for Plaintiff.

Andrew H. Mohring, Assistant Federal Defender, Office of the Federal Defender, counsel for Defendant.

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated June 23, 2010, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that Defendant's motion to suppress April 22, 2010 and April 10, 2010 statements, admissions and answers (Doc. No. [16]) is **DENIED**.

Dated: July 14, 2010     s/Donovan W. Frank
                         DONOVAN W. FRANK
                         United States District Judge